UNITED STATES DISTRICT COURT OF
SOUTHERN FLORIDA

CASE NO. 13-CV-20014-LENARD/O'SULLIVAN

EGOR BUDILOVSKIY,

      Plaintiff(s),

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

      Defendant(s).            /

### NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Egor Budilovskiy, by and through the undersigned counsel, pursuant to Southern District of Florida *Local Rule* 16.2(F)(2) files this Notice of Settlement in this case, and informs the Court that this case has been settled on January 19, 2013.  The parties intend on filing their Joint Stipulation of Dismissal with Prejudice with the Court on a timely basis.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Wendy Lynn Furman, Pett, Furman PL, 2101 NW Corporate Blvd., Suite 316, Boca Raton, FL 33431-7319 on February 20, 2013.

    ATTORNEYS DELL & SCHAEFER CHARTERED
    Attorneys for Plaintiff
    2404 Hollywood Boulevard
    Hollywood, FL  33020
    (954) 620-8300

    _____/s/ Alexander Palamara_____
    ALEXANDER PALAMARA, ESQ.
    Florida Bar No.: 0037170